# Court of Appeals
# of the State of Georgia

ATLANTA, October 08, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0306. ASHLEY FLEET v. FIRSTKEY HOMES, LLC.

After this dispossessory proceeding was transferred from magistrate court to state court, the state court entered an order granting a writ of possession on January 4, 2024. Ashley Fleet filed a notice of appeal on January 24, 2024. We, however, lack jurisdiction.

While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Fleet's notice of appeal was filed 20 days after the January 4 judgment she seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/08/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*